**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-02080-RPM-KMT

TAMMY DEVILLERS,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

    Defendant.

---

**NOTICE OF SETTLEMENT**

---

    COMES NOW the Plaintiff and Defendant by and through their counsel of record and for their Notice of Settlement, hereby state as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The parties will be filing a Stipulation of Dismissal with Prejudice with each party to pay its own attorney's fees and costs once the Plaintiff has received the settlement funds and the settlement documents have been executed by the parties and delivered to all counsel. The parties expect this to happen by January 23, 2009.

Dated: January 14, 2009.

Respectfully submitted,

| | |
|---|---|
| s/ David M. Larson | s/ Louis Leonard Galvis |
| David M. Larson, Esq. | Louis Leonard Galvis, Esq. |
| 405 S. Cascade Avenue Suite 305 | Sessions, Fishman, Nathan & Israel, LLP |
| Colorado Springs, CO 80903 | 645 Stonington Lane |
| (719) 473-0006 | Fort Collins, CO 80525 |
| Attorney for the Plaintiff | (970) 223-4420 |
| | Attorneys for the Defendant |